**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Loves Furniture Inc. d/b/a Loves Furniture and Mattresses |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION |
| Case number (if known): | 21-40083-tjt |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Assembly Media<br>711 Third Avenue<br>3rd Floor<br>New York, NY 10017 | bridget.lynn@media-asm.com<br>248-415-2038 | | | | | $9,261,068.00 |
| Kuehne & Nagel<br>12018 Auburn Road<br>CHB# 4455<br>Laredo, TX 78045 | lenoresnyder@kuehne-nagel.com<br>201-413-5610 | | | | | $2,970,818.00 |
| SFV<br>25550 Grand River Avenue<br>Redford, MI 48240 | timr@sfvservices.com<br>248-895-1037 | | | | | $1,782,688.00 |
| KUKA<br>Flat C 23/F Lucky Plaza<br>315-321 Lockhart Road<br>Hong Kong | mike@mrbfurniture.com<br>815-341-6357 | | | | | $1,703,186.00 |
| Penske Logistics<br>PNC Bank Lockbox<br>P.O. Box 825070<br>Philadelphia, PA 19182 | ScottZuidema@Penske.com | | | | | $1,608,894.00 |
| United Furniture Industries<br>100 United Furniture Drive<br>Lexington, NC 27292 | p.clifford@unitedfurniture.com<br>616-437-9709 | | | | | $1,564,428.00 |
| Southern Motion Inc.<br>370 Henry Southern Drive<br>Pontotoc, MS 38863 | mievesqu@southernmotion.com<br>734-716-9886 | | | | | $1,430,460.00 |
| JB Hunt<br>P.O. Box 98545<br>Chicago, IL 60693-8545 | erica.Hayes@jbhunt.com<br>615-390-2532 | | | | | $1,365,541.00 |

| Debtor | Loves Furniture Inc. d/b/a Loves Furniture and Mattresses | | Case number *(if known)* | 21-40083-tjt |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Flexsteel Industries Inc.<br>107 Pitney Road<br>Lancaster, PA 17602 | jlevine@flexsteel.com<br>336-889-4207 | | | | | $1,289,887.00 |
| Steve Silver<br>1000 FM<br>548 North<br>Forney, TX 75126 | chadcunningham03@gmail.com | | | | | $1,029,937.00 |
| Fairmont Sign Co.<br>3750 East Outer Drive<br>Detroit, MI 48234 | jmaiuri@FairmontSign.com<br>586-338-3310 | | | | | $816,580.00 |
| Samuel Lawrence Furniture<br>2485 Penny Road<br>High Point, NC 27260 | dsnipes@slf-co.com<br>336-516-5727 | | | | | $776,044.00 |
| Jonathan Louis<br>12919 S. Figueroa Street<br>Los Angeles, CA 90061 | pkevincole@comcast.net | | | | | $768,017.00 |
| W.B. Donor | PSMITH@DONER.COM | | | | | $642,917.00 |
| Liberty Furniture Industries<br>6021 Greensboro Dr. SW<br>Atlanta, GA 30336 | klypchaksales@gmail.com<br>440-759-4184 | | | | | $608,532.00 |
| CDW<br>200 N. Milwaukee Avenue<br>Vernon Hills, IL 60061 | vida.krug@cdw.com | | | | | $598,466.00 |
| LCN<br>888 Seventh Avenue<br>4th Floor<br>New York, NY 10019 | jleventhal@jcnpartners.com<br>212-201-4073 | | | | | $568,000.00 |
| Magnussen<br>2155 Excise Avenue Suite B<br>Ontario, CA 91761 | jordanshindell@gmail.com<br>267-784-8875 | | | | | $559,926.00 |
| Stearns & Foster Company<br>1 Office Parkway<br>Trinity, NC 27370 | AJ.Muhl@tempursealy.com<br>678-524-7139 | | | | | $528,195.00 |

| Debtor | Loves Furniture Inc. d/b/a Loves Furniture and Mattresses | | Case number *(if known)* | 21-40083-tjt | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WZC Networking** | **John Wierzgac**<br><br>**jwierzgac@wzcnetworking.net**<br>**248-224-0060** | | | | | $509,271.00 |