## Loves Furniture Inc.
**Cash Collateral Budget - 13 Weeks**
*1/9/21 thru 4/3/21*
($ - Thousands)

| Week ----> | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending ----> | 9-Jan | 16-Jan | 23-Jan | 30-Jan | 6-Feb | 13-Feb | 20-Feb | 27-Feb | 6-Mar | 13-Mar | 20-Mar | 27-Mar | 3-Apr | TOTAL |
| **Receipts** | | | | | | | | | | | | | | |
| Liquidation Sales Proceeds & Reimbursements | - | - | 2,700 | (200) | 73 | 594 | 1,823 | 1,781 | 1,314 | 1,599 | 869 | 824 | 585 | 11,962 |
| Pre Liquidation Sales Receipts | 39 | 618 | 32 | | | | | | | | | | | 689 |
| Other Receipts | | | | | 47 | | | | | | | | | 47 |
| **Total Receipts** | 39 | 618 | 2,732 | (200) | 120 | 594 | 1,823 | 1,781 | 1,314 | 1,599 | 869 | 824 | 585 | 12,697 |
| **Operating Disbursements** | | | | | | | | | | | | | | - |
| Wages, Taxes & Benefits | - | - | (1,692) | (87) | (355) | (8) | (286) | (8) | (226) | (8) | (207) | (8) | (137) | (3,021) |
| Sales Tax | - | - | - | - | - | - | - | (1,040) | - | - | - | - | - | (1,040) |
| Utilities | - | - | - | (14) | (56) | (306) | (56) | (56) | (52) | (52) | (52) | (52) | (50) | (747) |
| Information Technology | - | - | - | (21) | (35) | (29) | (52) | (33) | (26) | (24) | (24) | (30) | (22) | (295) |
| Insurance | - | - | - | (82) | (139) | - | (139) | (1) | (210) | (2) | - | (1) | (3) | (578) |
| Other Operating Expenses | - | - | - | (35) | (36) | (32) | (32) | (32) | (32) | (32) | (32) | (32) | (32) | (331) |
| **Total Operating Disbursements** | - | - | (1,692) | (239) | (622) | (375) | (566) | (1,171) | (547) | (118) | (315) | (123) | (245) | (6,013) |
| **Operating Cash Flow** | 39 | 618 | 1,039 | (439) | (502) | 219 | 1,257 | 610 | 767 | 1,482 | 554 | 701 | 340 | **6,684** |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Adequate Protection Payments | - | - | - | - | - | - | - | - | (41) | (51) | (51) | (51) | (41) | (235) |
| Professional Fee Payments | - | - | - | - | - | - | - | - | - | - | (324) | - | - | (324) |
| Customer Deposits | - | - | (6) | - | - | - | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (356) |
| Past Due Medical / Dental | - | - | - | (193) | - | (13) | (212) | - | - | - | - | - | - | (419) |
| U.S. Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | (6) | (193) | - | (13) | (262) | (50) | (91) | (101) | (425) | (101) | (91) | (1,333) |
| | | | | | | | | | | | | | | - |
| **Net Cash Flow** | 39 | 618 | 1,033 | (633) | (502) | 206 | 995 | 560 | 676 | 1,380 | 129 | 600 | 249 | **5,351** |
| **Beginning Cash Bal** | 5 | 44 | 662 | 1,695 | 1,063 | 560 | 766 | 1,761 | 2,321 | 2,997 | 4,378 | 4,507 | 5,107 | |
| **Ending Cash Bal** $ | 5 | 44 | 662 | 1,695 | 1,063 | 560 | 766 | 1,761 | 2,321 | 2,997 | 4,378 | 4,507 | 5,107 | 5,356 |