UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-40083-tjt |
| | ) | |
| LOVES FURNITURE, INC. | ) | Chapter 11 |
| d/b/a LOVES FURNITURE AND | ) | |
| MATTRESSES, | ) | |
| a Delaware corporation, | ) | Hon. Thomas J. Tucker |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, I caused a copy of the *Notice of Third Monthly Fee Statement of Foley & Lardner LLP for Interim Compensation For Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of April 1, 2021 through April 30, 2021* and the *Third Monthly Fee Statement of Foley & Lardner LLP for Interim Compensation For Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of April 1, 2021 through April 30, 2021* (the "Monthly Fee Statement") to be filed with the Court's ECF system, which will send a copy of the Monthly Fee Statement to all parties of record.

Dated: May 27, 2021

Respectfully Submitted,

FOLEY & LARDNER LLP

By: /s/ John A. Simon
Ann Marie Uetz (P48922)
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226

Tel: (313) 234-7100
auetz@foley.com
jsimon@foley.com
tdolcourt@foley.com

-and-

Michael J. Small (IL Bar No. 6207645)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
(312) 832-5832
msmall@foley.com

*Counsel to The Official Committee of Unsecured Creditors of Loves Furniture, Inc. d/b/a Loves Furniture and Mattresses*