UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                  Case No. 21-40083

LOVES FURNITURE INC.,                  Chapter 11

           Debtor.                           Judge Thomas J. Tucker
_____/

### ORDER DENYING DEBTOR'S MOTION REGARDING
### SQUARE ONE RESERVE ACCOUNT, WITHOUT PREJUDICE

This case is before the Court on the Debtor's motion entitled "Debtor's Motion for Immediate Turnover of its Share of Square One Reserve Account as Property of the Estate" (Docket # 484, the "Motion"). Planned Furniture Promotions, Inc. ("PFP") filed an objection to the Motion (Docket # 511). The Court concludes that a hearing on the Motion is not necessary, and that the Motion should be denied, without prejudice, as stated in this Order below.

The Court agrees with the argument in PFP's objection, that an adversary proceeding is required for the relief sought by the Motion. *See* Fed. R. Bankr. P. 7001(1), 7001(2), 7001(9). Accordingly,

IT IS ORDERED that the Motion (Docket # 484) is denied, without prejudice to the right of the Debtor or any successor in interest of the Debtor to file an adversary proceeding seeking the same relief sought by the Motion.

**Signed on July 6, 2021**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**