UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

    LOVES FURNITURE, INC.            Case No. 21-40083
                                               Chapter 11
   Debtor                                 Hon. Thomas L. Tucker
_____/

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE**

      Macomb County Corporation Counsel, by Frank Krycia, Assistant Corporation Counsel, enters its appearance on behalf of Secured Creditor, The City of Warren Treasurer, with regards to all matters and proceedings in the above-captioned case, with counsel's name, office address and telephone number as follows:

> Frank Krycia
> Assistant Corporation Counsel
> One S. Main Street, 8th Floor
> Mount Clemens, MI 48043
> (586) 469-6346
> (586) 307-8286 (fax)
> frank.krycia@macombgov.org

and requests that all notices required to be given under F.R.Bankr.P. 2002 be given to Macomb County for The City of Warren Treasurer by due service upon its undersigned attorneys.

                                                                     /s/ Frank Krycia
                                                                   Frank Krycia (P35383)
                                                                   Assistant Corporation Counsel for
                                                                   Macomb County
                                                                   One S. Main Street, 8th Floor
                                                                   Mount Clemens, MI 48043
                                                                   (586) 469-6346
                                                                   frank.krycia@macombgov.org